# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LINDA BURRIER,**

      **Plaintiff,**

  v.                                                                                                                                              Case No.: 2:12-cv-1153
                                                                                                                         JUDGE GEORGE C. SMITH
                                                                                                                         Magistrate Judge King

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## ORDER

     This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on October 29, 2013.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  The final decision of the Commissioner of Social Security denying Plaintiff's applications for disability insurance benefits and supplemental security income is **AFFIRMED** and this action is hereby **DISMISSED**.

     The Clerk shall remove Document 21 from the Court's pending motions list.

        **IT IS SO ORDERED.**

                                                    */s/ George C. Smith*
                                                  **GEORGE C. SMITH, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**